**Dismissed and Memorandum Opinion filed March 27, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-11-00572-CV

_____

**JEFFREY W. HARPER, Appellant**

**V.**

**KAREN F. HARPER, Appellee**

**On Appeal from the County Court at Law
Waller County, Texas
Trial Court Cause No. 11-03-20780**

## MEMORANDUM   OPINION

This is an appeal from a judgment signed May 17, 2011.   The clerk's record was filed September 13, 2011.   The reporter's record was filed December 1, 2011.   No brief was filed.

On February 9, 2012, this court issued an order stating that unless appellant submitted a brief on or before March 9, 2012, the court would dismiss the appeal for want of prosecution.   _See_ Tex. R. App. P. 42.3(b).

Appellant filed no response.   Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Brown, and Christopher.